IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Fax: (510) 337-2811

Attorneys for Defendants
GRAYBAR ELECTRIC COMPANY, INC.
and COLLEEN WEINGARTEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SARA BAIRD,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAYBAR ELECTRIC COMPANY, INC., a Missouri Corporation; COLLEEN WEINGARTEN, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 20-479<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Graybar Electric Company and Colleen Weingarten ("Defendants") hereby remove to this Court the state court action described below.

1. On January 31, 2020, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled *Sara Baird, Plaintiff v. Graybar Electric Company, Inc., a Missouri Corporation; Colleen Weingarten, an Individual; and Does 1 through 50, inclusive, Defendants*, as case number 30-2020-01128877-CU-WT-CJC. A copy of the Complaint is attached as Exhibit A.

2. The first date upon which Defendant Graybar Electric Company, Inc. received a copy of the Complaint was February 13, 2020, when said Defendant was served with a copy of the

1. Summons and Complaint. The first date upon which Colleen Weingarten received a copy of the Complaint was March 5, 2020. A copy of the Summons is attached as Exhibit B.

3. A copy of the remaining documentation served on Defendants in the State Court action is attached as Exhibit C.

4. On March 9, 2020, Defendants filed an Answer to the Complaint in the State Court action. A copy of Defendants' Answer is attached as Exhibit D.

5. This action is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331(a), and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C § 1441(a) in that it arises under a federal statute because: (i) the seventh cause of action of the Complaint is based on Defendants' alleged interference with and failure to provide leave in violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 et seq; and (ii) the eight cause of action of the Complaint is based on alleged retaliation in violation of FMLA, 29 U.S.C.§ 2615.

6. Aside from the Defendants filing this Notice of Removal, there is no other defendant in the State Court action.

Date: March 10, 2020                              WILEY PRICE & RADULOVICH, LLP

By:      /s/ Ian P. Fellerman
         IAN P. FELLERMAN

         Attorneys for Defendants
         GRAYBAR ELECTRIC COMPANY, INC.
         AND COLLEEN WEINGARTEN

Wiley Price & Radulovich,

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (a)