IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Fax: (510) 337-2811

Attorneys for Defendants
GRAYBAR ELECTRIC COMPANY, INC.
and COLLEEN WEINGARTEN

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SARA BAIRD,<br><br>        Plaintiff,<br><br>   v.<br><br>GRAYBAR ELECTRIC COMPANY, INC., a Missouri Corporation; COLLEEN WEINGARTEN, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 8:20-cv-00479 JVS (KESx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice, with each party to pay its own attorney's fees and costs.

Dated: 1/29/21

_____
James V. Selna
United States District Judge